UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory A. Spaethe,

        Plaintiff,                    Civil 11-01305 (PAM/AJB)

v.

                                        **ORDER OF DISMISSAL**

Blue Cross Blue Shield Blue Care
Network of Michigan,

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September   29  , 2011

                                                       *s/Paul A. Magnuson*
                                                      Paul A. Magnuson, Judge
                                                      United States District Court